In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Northerly Side of West 205th Street, 100 Feet Easterly of Ninth Avenue; Running Thence North to 206th Street, in the Borough of Manhattan, City of New York, Duly Selected as a Site for a Housing Station for the Street Cleaning Department, According to Law.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PERCIVAL WILDS, as Trustee in Bankruptcy of WINFIELD SCOTT NORRIS, v. LEBANON NATIONAL BANK, a Corporation.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Construing the Last Will and Testament of AUGUSTUS DOOPER, Deceased.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EIGHTY-FIVE RIVERSIDE DRIVE CORPORATION v. FREDERICK HAMBROCK.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SPENCE SERVICE, INC., v. CO-NATIONAL PLAYS, INC.— Motion granted.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEANNETTE T. ALDRICH v. SHERWOOD ALDRICH.— Motion granted.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS J. CLOUGHER.— Motion granted so far as indicated in order.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RICHARD H. HOFFMANN v. JANET B. HOFFMANN.— Motion denied.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BRONX COUNTY TRUST COMPANY and Another, as Administrators, etc., of ELLEN CAMPBELL, Deceased, v. FRANCES H. O'CONNOR, Also Known as FRANCES H. FLANAGAN, MADELON R. O'CONNOR and FRANCES V. O'CONNOR, as One of the Administrators, etc., of. ELLEN CAMPBELL, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TITLE GUARANTEE AND TRUST COMPANY v. BESSIE B. GREEN and Others, as Executors, etc., of WILLIAM GREEN, Deceased.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL B. SCHWEITZER v. MAX MINDLIN.— Motion granted.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOPHIE BRENES v. MOSES N. SCHLEIDER.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.